# United States District Court

## Southern District of Georgia

RODNEY PATTON,

_____  Case No. ____4:20-cv-00174____
Plaintiff

v.   ANDREW M. SAUL,   Appearing on behalf of
Commssioner of Social Security
_____  Rodney Patton (Plaintiff)
Defendant  (Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __25th__ day of __August__, __2020__.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: David B. Goetz, Esquire

Business Address: Gonzalez & Goetz, LLC
Firm/Business Name

2300 NW Corporate Blvd.
Street Address

Suite 244    Boca Raton    FL    33431
Street Address (con't)    City    State    Zip

Mailing Address (if other than street address)

Address Line 2    City    State    Zip

(954) 764-8989          FL Bar: 996416
Telephone Number (w/ area code)    Bar Number

Email Address: david@gglaw.info