## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

RODNEY PATTON,            )
                            )
      Plaintiff,       )
                            )
v.                      )     CASE NO. CV420-174
                            )
KILOLO KIJAKAZI,      )
                            )
      Defendant.      )
                            )

## O R D E R

Before the Court is the Magistrate Judge's April 26, 2022, Report and Recommendation (Doc. 30), to which no party has filed objections. After a careful review of the record,[1] the report and recommendation (Doc. 30) is **ADOPTED** as the Court's opinion in this case. Plaintiff's unopposed Consent Motion for Attorney's Fees under the Equal Access to Justice Act ("EAJA") is **GRANTED**. (Doc. 29.) Plaintiff is awarded $6,614.68 in attorney's fees and $400 in filing costs under the EAJA.

Upon the entry of this order, the Commissioner will determine whether Plaintiff owes a debt to the Government that qualifies

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam) (outlining the standard of review for report and recommendations)).

under the Treasury Offset Program, 31 U.S.C. §§ 3711, 3716. If Plaintiff owes such a debt, the fee award will be applied towards that debt with any remaining funds remitted to Plaintiff. If Plaintiff does not owe such a debt, the Government may, in its discretion, accept Plaintiff's assignment of EAJA fees and pay the fees and costs directly to Plaintiff's counsel.

SO ORDERED this _____18th_____ day of May 2022.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA